IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOREMOST-McKESSON CORPORATION, et al., ) ) ) Plaintiffs, ) ) v. ) ) ISLAMIC REPUBLIC OF IRAN, et al., ) ) ) Defendants. ) ) | Civil Action No. 1:82-cv-0220 (RJL) |

**PLAINTIFFS' CONSENT MOTION TO CORRECT THE NAME OF McKESSON CORPORATION IN THIS CASE**

On behalf of plaintiff McKesson Corporation, Inc., we move the Court, pursuant to Rules 60(a) and 83, Fed. R. Civ. P., to correct the Court's records by amending the judgments of May 26, 2000 (Dkt. #502) and November 30, 2000 (Dkt. #546) to substitute the name McKesson Corporation in place of Foremost-McKesson, Inc. and McKesson HBOC, Inc. in those judgments and in the caption of the case for purposes of further proceedings in this Court.

McKesson Corporation was known as Foremost-McKesson, Inc. until 1983, and as McKesson HBOC, Inc. from 1999-2002.  On July 25, 2002, McKesson HBOC, Inc. changed its name back to McKesson Corporation.  This change was indicated in Plaintiff's Pretrial Statement filed on January 5, 2007 (Dkt. # 829 at 1 n.1) and in numerous motions and briefs filed by both parties.

The Court's original Memorandum Opinion and Order of July 17, 2007 reinstating the judgment of May 26, 2000 (Dkt. Nos. 880 and 881) correctly refer to McKesson by its current name, McKesson Corporation.  However, the Court's judgment of May 26, 2000 (Dkt. #502) and Supplemental Judgment of November 30, 2000 (Dkt. #547) were later amended by Judge

Flannery on February 14, 2001 refer to plaintiff by its then current name, McKesson HBOC., Inc. (Dkt. #558). It is important that plaintiff McKesson is identified correctly in the judgments and in any further orders issued in the case. Accordingly, we move to substitute "McKesson Corporation" for "McKesson HBOC, Inc." and "Foremost-McKesson, Inc." where they appear in the two judgments and in the caption of this case for purposes of the ongoing proceedings in this Court.

Counsel for Iran advised that Iran consents to this motion. A copy of the Court of Appeals' order in Nos. 07-7113 and 01-7041, amending the dockets for the appeals and granting leave to amend the judgments after docketing of Iran's appeals, as required by Rule 60(a), is attached. A Proposed order is also enclosed.

## CONCLUSION

For the foregoing reasons, Plaintiffs' Motion to Correct the Name of Plaintiff McKesson Corporation Case Caption should be granted.

Respectfully submitted,

/s/

| Of Counsel: | Mark N. Bravin #249433 |
|---|---|
| Mark R. Joelson #050450 | Thomas J. O'Brien #388696 |
| Law Offices of Mark R. Joelson | Morgan, Lewis & Bockius LLP |
| 1201 Pennsylvania Avenue, N.W. | 1111 Pennsylvania Avenue, N.W. |
| Suite 500 | Washington, D.C. 20004 |
| Washington, D.C. 20006 | (202) 739-5231 |
| (202) 626-6815 | |

Attorneys for Plaintiffs

Dated:   September 26, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| McKesson HBOC, Inc, <u>et al.</u>, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:82-cv-0220 |
| v. ) | (RJL) |
| ) | |
| Islamic Republic of Iran, <u>et al.</u>, ) | |
| ) | |
| Defendants. ) | |
| ) | |

<u>PROPOSED ORDER</u>

UPON CONSIDERATION of Plaintiffs' Consent Motion to Correct the Name of McKesson in this case, Defendant Islamic Republic of Iran's consent thereto, and the Court of Appeals' Order of September 14, 2007 granting leave for plaintiffs to file their motion in this Court while an appeal is pending, and the entire record in this case, it is by the Court this ___ day of September, 2007,

ORDERED that Plaintiffs' Motion be GRANTED; and it is further

ORDERED that the Caption of this case be amended to read "McKesson Corporation, et al. v. Islamic Republic of Iran, et al." and that the Court's judgments dated May 26, 2000, as amended (Dkt. #502 and #560) and November 30, 2000, as amended (Dkt. #546 and #558) be amended <u>nunc pro tunc</u>, substituting the name of McKesson Corporation as the principal prevailing plaintiff, in place of the names McKesson HBOC, Inc. and Foremost-McKesson, Inc., and it is further

ORDERED that the Clerk shall issue corrected copies of the Judgments, bearing the original dates on which those Judgments were filed.

_____
Richard J. Leon
United States District Judge