UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **McKESSON CORPORATION, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| **v.** ) | |
| ) | Civil Action No. 82-0220 |
| **ISLAMIC REPUBLIC OF IRAN, et al.,** ) | (RJL) (DAR) |
| ) | |
| **Defendants.** ) | |

------------------------------------------------------

## NOTICE OF APPEAL

Notice is hereby given that the Islamic Republic of Iran, a defendant in the above-captioned case, hereby appeals to the U.S. Court of Appeals for the District of Columbia Circuit from the Final Judgment (Dkt. 934) in favor of Plaintiffs McKesson Corp. et al. and against Iran. The Final Judgment was signed on November 19, 2010, and entered and filed in this action on November 23, 2010.

In addition to issues that were "defer[red]" by the D.C. Circuit in its opinion of August 26, 2008, *McKesson Corp v. Iran,* 539 F.3d 485, 491 (D.C. Cir. 2008), the following memorandum opinions of the U.S. District Court for the District of Columbia also will be the subject of this appeal:

    1. Memorandum Opinion (Dkt. 909), signed on November 20, 2009, and entered and filed on November 23, 2009, and

    2. Memorandum Opinion (Dkt. 933), signed on November 19, 2010, and entered and filed in this action on November 23, 2010.

    Respectfully submitted

    /s/   Thomas G. Corcoran, Jr.
    Thomas G. Corcoran, Jr.
    D.C. Bar No. 143693
    Laina Lopez
    D.C. Bar No. 477412
    Berliner, Corcoran & Rowe, LLP

                        1101 Seventeenth Street, N.W., Suite 1100
                        Washington, D.C. 20036
                        Tel: (202) 293-5555
                        Fax: (202) 293-9035

                        *Attorneys for the Islamic Republic of Iran*

DATED: December 8, 2010