# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MCKESSON CORP. *et al.*,                    )
                                            )
   Plaintiffs,              )
                                            )
   v.                        )  Civ. Action No. 82-220 (RJL)
                                            )
ISLAMIC REPUBLIC OF IRAN *et al.*,          )
                                            )
   Defendants.               )

## ORDER

(August 2nd, 2013) [Dkt. #983]


For the reasons set forth in the Memorandum Opinion entered this date, it is this

_____ day of August, 2013, hereby

**ORDERED** that plaintiffs' Motion for Supplemental Judgment [Dkt. #983] is

**GRANTED**; and it is further

**ORDERED** that judgment be entered in favor of the plaintiffs and against the

defendants in the amount of $451,458.

**SO ORDERED.**

          _____
          RICHARD J. LEON
          United States District Judge