UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MCKESSON CORPORATION, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Case No. 82-00220 (RJL) |
| ) | |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM ORDER**
(August 26, 2014)

**FILED**
AUG 2 7 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

McKesson Corporation ("McKesson") first brought suit against the Islamic Republic of Iran ("Iran") in this District Court in 1982. Throughout the course of this legal odyssey, plaintiffs have filed several petitions seeking attorney's fees, covering five distinct periods of time. *See* Motion for Attorney Fees and Expenses [Dkt. #525]; Motion for Attorney Fees [Dkt. #961]; Amended Motion for Attorney Fees [Dkt. #969]; Supplemental Motion for Attorney Fees [Dkt. #983]. On November 30, 2000, District Judge Thomas A. Flannery ruled on the first fee petition—concluding that he had authority to award reasonable attorney's fees under international law, or in the alternative, under Iranian law—and awarded McKesson $2,945,803.73 for legal work performed through July 2000. *See* Mem. Op. [Dkt. #548] at 9-19, 24. On March 27, 2013, this Court ruled on McKesson's next three fee petitions—concluding that reasonable attorney's fees should be calculated pursuant to Iranian law—awarding McKesson $10,027,235.70 in attorney's fees for work done between July 2000 and June

2012. *See* Mem. Op. [Dkt. #981] at 3-6, 20. Finally, on August 2, 2013, this Court granted McKesson's final fee petition, awarding $434,385 for legal work performed between July 2012 and April 2013. *See* Mem. Op. [Dkt. #989] at 1-3. The three fee awards totaled $13,407,424.43 in attorney's fees.

Iran timely appealed each of the fee awards to our Court of Appeals.[1] On June 3, 2014, our Circuit vacated the three fee awards, holding that an official tariff—Article 3 of Iran's 2006 regulation on attorney's fees—applies in this case, thereby stripping this Court of its discretion to determine what constitutes reasonable attorney's fees under the circumstances. *See McKesson Corp. v. Islamic Rep. of Iran*, No. 01-7041, at 5-8 (D.C. Cir. June 3, 2014) (Opinion for the Court). Neither party disputes that the official tariff— as applied to McKesson's $2.93 million judgment in this case—dictates a fee award of $29,516. *See id.* at 6, 8.

Accordingly, for the foregoing reasons, and in accordance with the June 3, 2014 Mandate of our Court of Appeals, it is hereby

**ORDERED** that McKesson Corporation is awarded $29,516 in attorney's fees.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　／s／ RICHARD J. LEON
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Our Court of Appeals held Iran's appeal of the 2000 fee award in abeyance, and later consolidated it with Iran's two appeals from this Court's 2013 fee awards. *See* Order, Nos. 01-7041, 13-7070, 13-7121 (D.C. Cir. Aug. 16, 2013).